## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**DENBURY ONSHORE, LLC**                                              **PLAINTIFF**

**VS.**                                              **CAUSE NO. 4:07cv100 TSL-LRA**

**DMR, INC.**                                                     **DEFENDANT**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS COURT**, having been advised by Plaintiff Denbury Onshore, LLC ("Denbury") and Defendant DMR, Inc. ("DMR"), that a compromise settlement agreement between these parties has been reached regarding all claims, known or unknown, arising on or before August 31, 2007 between Denbury and DMR, is of the opinion that there is good cause for entry of the foregoing Agreed Order of Dismissal With Prejudice, and that there is no just reason for delaying entry of this judgment.

**IT IS THEREFORE HEREBY ORDERED** that any and all claims asserted or which could have been asserted by Denbury or DMR for the time periods prior to August 31, 2007 related to the Soso Field Unit are hereby dismissed with prejudice.

**ORDERED AND ADJUDGED,** this the 9th day of October, 2007.

                                                                  /s/Tom S. Lee
                                                                  **UNITED STATES DISTRICT JUDGE**

**AGREED TO:**

/s/ David M. Ratcliff                             /s/ William F. Blair

David M. Ratcliff (MSB No. 4633)           William F. Blair (MSB No. 3365)
Attorney for DMR, Inc.                             Troy Farrell Odom (MSB No. 100557)
                                                            Attorneys for Denbury Onshore, LLC